AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
### Southern District of Texas

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Jie CHEN** | ) |
| **Lang Shan District, FUSHORE FUJIAN** | ) |
| **China, Peoples Republic Of** | ) |
| | ) |
| | ) |
| | ) |

Case No.

L-25-PO60974

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 23, 2025** in the county of **Webb** in the
**Southern** District of **Texas** , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1325(a)(1) | an alien, did unlawfully enter and attempt to enter the United States at a place other than designated by immigration officer. |

This criminal complaint is based on these facts:

Furthermore, it is based on verbal statements by, Jie CHEN, who admitted to being a citizen of China and Peoples Republic Of, who entered or attempted to enter illegally into the United States by wading the Rio Grande River near, Laredo, Texas, thus avoiding immigration inspection, nor having proper documents to enter, travel through, or remain in the United States.  This illegal entry or attempted entry took place on May 23, 2025.

☐ Continued on the attached sheet.

/S/Juan C. Marrero-Zeda
_____
*Complainant's signature*

Juan C. Marrero-Zeda        Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence
Submitted by reliable electronic means
per Fed.R.Crim.P. 4.1, Juan C. Marrero
sworn to, signature attested telephonically,
and probable cause found on May 27, 2025,
at 8:30 AM, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge