# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                               Case Number: 5:25−po−60974

Jie Chen

---

## Notice of Resetting

**A proceeding has been reset in this case as to Jie Chen as set forth below.**

**BEFORE:**
**Magistrate Judge Christopher dos Santos**

**LOCATION:**
United States Courthouse
1300 Victoria Street
Laredo, TX 78040
**DATE:** 5/30/2025

**TIME:** 10:15 AM

**TYPE OF PROCEEDING:** Initial Appearance

---

Date:   May 27, 2025                                        Nathan Ochsner, Clerk